UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                                              ORDER OF DISMISSAL
                                                                              FOR
**Tronox Incorporated**                                 FAILURE TO PROSECUTE
                                                                    BANKRUPTCY APPEAL

-----------------------------------------------------X          21-CV-10896 JPC

FROM:   VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:        RUBY J. KRAJICK, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                              BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Mary Thomas
BANKRUPTCY DOCUMENT #: 9589

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

  _X_  FRBP 8009
  ___  Federal Rules of Civil Procedure (Rule _____)
  _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
  ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **July 8, 2022**                                          Vito Genna, Clerk
            New York, New York                                   U.S. Bankruptcy Court, SDNY

                                                                            By:  ___s/ Anatin Rouzeau___
                                                                                         Deputy Clerk

                                    ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____July 8_____ 20_22_              _____
             New York, New York                                      Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____              Ruby J. Krajick , Clerk
                                                                              District Court, SDNY

                                                                              By: _____
                                                                                       Deputy Clerk